1 Law Offices of Preeti K. Bajwa
2 Preeti K. Bajwa (SBN 232484)
3 901 H. Street, Suite 208
  Sacramento, CA 95814
4 (916) 444-7100

5 Attorney for Defendant
6 AISHA STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:10-CR211 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | JUDGE: Honorable Newman |
| Aisha Stephens | |
| Defendant | |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jared Dolan, Assistant United States Attorney together with counsel for defendant Aisha Stevens, Preeti K. Bajwa, Esq., hereby agree and stipulate that the judgment and sentencing hearing presently set for March 7, 2012 at 9:00 am be **continued to March 21, 2012, at 9:00 a.m.,** thus **vacating** the presently set judgment and sentencing hearing.

The reason for this continuance is that defense counsel is presently engaged in jury trial in Department 22 of the Sacramento Superior Court and cannot be present for sentencing on March 7, 2012.

STEPHENS (10cr0211) stip cont sent.doc       - 1 -
03/06/12

1

2  DATED:  March 6, 2012
                                        Respectfully submitted,
3
4                                       /s/ Preeti K. Bajwa
                                        PREETI K. BAJWA
5                                       Attorney for Defendant
6                                       AISHA STEVENS

7

8  DATED: March 6, 2012                 BENJAMIN WAGNER
                                        United States Attorney
9
10                                       _/s/ Jared Dolan
                                        JARED DOLAN
11                                       Assistant U.S. Attorney
12                                       Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
AISHA STEVENS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR211 |
| Plaintiff, | |
| v. | ORDER TO CONTINUE SENTENCING HEARING |
| AISHA STEPHENS, | |
| Defendant. | |

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court ordered that the March 7, 2012, sentencing hearing shall be continued until March 21, 2012, at 9:00 a.m.

    IT IS SO ORDERED.

**Date: 3/6/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STEPHENS (10cr0211) stip cont sent.doc
03/06/12

- 3 -