Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
AISHA STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2:10-CR211 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | JUDGE: Honorable Newman |
| Aisha Stephens | |
| Defendant | |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jared Dolan, Assistant United States Attorney together with counsel for defendant Aisha Stevens, Preeti K. Bajwa, Esq., hereby agree and stipulate that the judgment and sentencing hearing presently set for March 7, 2012 at 9:00 am be **continued to March 21, 2012, at 9:00 a.m.,** thus **vacating** the presently set judgment and sentencing hearing.

The reason for this continuance is that defense counsel is presently engaged in jury trial in Department 22 of the Sacramento Superior Court and cannot be present for sentencing on March 7, 2012.

STEPHENS (10cr0211) stip cont sent.doc
03/06/12

- 1 -

DATED: March 6, 2012

Respectfully submitted,

/s/ Preeti K. Bajwa
PREETI K. BAJWA
Attorney for Defendant
AISHA STEVENS

DATED: March 6, 2012

BENJAMIN WAGNER
United States Attorney

 /s/ Jared Dolan
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff


Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
AISHA STEVENS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>AISHA STEPHENS,<br><br>　　　Defendant. | No. 2:10-CR211<br><br>ORDER TO<br>CONTINUE SENTENCING HEARING |

　　　The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court ordered that the March 7, 2012, sentencing hearing shall be continued until March 21, 2012, at 9:00 a.m.

　　　IT IS SO ORDERED.

**Date: 3/6/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE